**John HARDNEY, Plaintiff—Appellant,**

v.

**Anthony LAMARQUE, Warden; et al., Defendants—Appellees.**

No. 09–17464.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 22, 2010.*

Filed Oct. 6, 2010.

John Frederick Hardney, Corcoran, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Kelli Hammond, Esquire, Deputy Attorney General, Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

The district court properly granted summary judgment because the uncontroverted evidence shows that defendants' alleged acts or omissions did not cause Hardney's untimely filing of a habeas petition. *See Vandelft v. Moses,* 31 F.3d 794, 797–98 (9th Cir.1994) (prisoner alleging inadequate access to courts must show how inadequate access caused actual injury); *see also Glenn K. Jackson Inc. v. Roe,* 273 F.3d 1192, 1202 (9th Cir.2001) ("[A] district court may grant summary judgment on any legal ground the record supports.") (citation and internal quotation marks omitted).

Hardney's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.